# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cv549-RJC-DCK

| | |
|---|---|
| HARVEY CULP, Jr., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL PAROLE COMMISSION, et )<br>al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court sua sponte. On December 29, 2009, the plaintiff Harvey Culp, Jr. filed this pro se civil action under 42 U.S.C. § 1983 against the Federal Parole Commission and several other defendants, including the "Persecution [sic] Attorney." (Doc. No. 1). Culp applied for and received permission to proceed with this lawsuit *in forma pauperis* on March 10, 2010. (Doc. No. 5). The complaint demands 500 million dollars in compensatory damages as well as 500 million dollars in punitive damages.

Culp is an infamous serial litigant of this District, and he is currently subject to a standing Order requiring him to submit his proposed complaints to the Court for pre-filing review for frivolousness. (Case No. 3:03cv268, Doc. No. 4: Order). The instant complaint was not submitted to the Court for pre-filing review. Moreover, Culp's allegations are a rambling assortment of incredulous accusations and vague conspiracy theories centered around a sentence he received in 1973 upon conviction of some unspecified federal crime. Accordingly, the Court will dismiss his complaint sua sponte, as it is clearly frivolous. 28 U.S.C. § 1915(e)(2). See also Nietzke v. Williams, 490 U.S. 319, 324 (1989) (encouraging sua sponte dismissal of frivolous complaints under §

1915(e)(2) "prior to the issuance of process, so as to spare prospective defendants the inconvenience and expense of answering such complaints").

**IT IS, THEREFORE, ORDERED** that the plaintiff Harvey Culp, Jr.'s complaint (Doc. No. 1) is **DISMISSED**.

**SO ORDERED**.

Signed: June 22, 2010

Robert J. Conrad, Jr.
Chief United States District Judge