# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Harvey Culp, Jr.,

    Plaintiff,

vs.

Federal Parole Commission, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-549-RJC

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2010 Order.

Signed: June 22, 2010

Frank G. Johns, Clerk
United States District Court